UNITED STATES of America, Plaintiff—Appellee,

v.

Donald ANDERSON, Defendant—Appellant.

No. 02–10539.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 18, 2005.

Submission Deferred March 23, 2005.

Resubmitted April 25, 2005.

Decided May 3, 2005.

Daniel R. Schiess, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., Anne R. Traum, Esq., Franny A. Forsman, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Donald Anderson, North Las Vegas, NV, pro se.

Before NOONAN, THOMAS and FISHER, Circuit Judges.

## ORDER *

Pursuant to the parties' notice of negotiated settlement and stipulated motion to

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts

remand, filed April 20, 2005, we remand this matter to the district court. The mandate shall issue forthwith.

REMANDED.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.